IT IS SO ORDERED.

Dated: 20 September, 2019 02:38 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re     RICKEYA MUTI           ) Case No. 16-11651-jps
            xxx-xx-8998                )
                                              ) Chapter 13 Proceedings
                                              )
           Debtor(s)                   ) Judge Jessica E. Price Smith

## ORDER DISMISSING CASE AND RELEASING INCOME
## OF DEBTOR FROM THE JURISDICTION OF THE COURT

     This case came on for hearing before this Honorable Court upon the Trustee's Motion to Dismiss Case. Any objections or responses filed have been withdrawn or overruled. The case is hereby dismissed due to the Debtor's failure to cooperate with the Trustee.

     The Debtor(s) and/or the Debtor's employer, as well as future income of the Debtor(s), is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payment to the Trustee in this case.

     Pursuant to Section 109(g)(1) of the Bankruptcy Code, the Court hereby imposes a 180-day prohibition on the Debtor(s) against refiling.

Submitted by:

/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268
Fax (216) 621-4806
Ch13trustee@ch13cleve.com

**SERVICE LIST**

Lauren A. Helbling, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

PRO SE

RICKEYA MUTI, Debtor
5534 OAKWOOD AVE
MAPLE HEIGHTS, OH 44137


MONTEFIORE HOME, Employer
ATTN: PAYROLL GARNISHMENTS
ONE DAVID NORTH MEYERS PARKWAY
BEACHWOOD, OH 44122

###